FILED
SEP -5 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>Wiley S. Williams,<br><br><br>*Defendant(s)* | )<br>)<br>)   Case No.  4:19 MJ 3207 NCC<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 4, 2019__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g) | Felon in possession of a ammunition |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Nicholas Osmer, Florissant PD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __September 5, 2019__

_____
Judge's signature

City and state: __St. Louis, Missouri__     Honorable Noelle C. Collins, U.S. Magistrate Judge
*Printed name and title*